ROSARIO PALIZZOTTO AND GUS WAGNER, INDIVIDUALLY AND IN THE RIGHT AND BEHALF OF ALL OTHERS SIMILARLY SITUATED, PLAINTIFFS-APPELLANTS, v. LOCAL 641, INTERNATIONAL BROTHERHOOD OF THE TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA AND HALL'S MOTOR TRANSIT COMPANY, DEFENDANTS-RESPONDENTS.

Argued January 8, 1962—Decided January 22, 1962.

Mr. *Morton Stavis* argued the cause for the appellants (*Messrs. Gross and Stavis,* attorneys).

Mr. *Sheldon A. Weiss* argued the cause for respondent Local 641 (*Mr. Jacob Friedland,* attorney).

Mr. *Herbert New* argued the cause for the respondent Hall's Motor Transit Company (*Messrs. Brenner & New,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Collester in the Chancery Division.

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.